*Revised July 2012*

## United States District Court for Western District of Tennessee
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title

| Plaintiff |
| --- |
| Adam Joyner |

| Defendant |
| --- |
| Tom Vilsack |

| Case Number | Judge |
| --- | --- |
| 1:21-cv-01089 | Hon. S. Thomas Anderson |

I, Jeffrey D. Jennings _____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of Adam Joyner _____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
| --- | --- |
| SEE ATTACHED SHEET | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Jennings | Jeffrey | D |

| Applicant's Firm Name |
|---|
| Liberty Justice Center |

| Applicant's Address | Room/Suite Number |
|---|---|
| 141 W. Jackson St. | 1065 |

| City | State | Zip Code |
|---|---|---|
| Chicago | IL | 60604 |

| Applicant's Email Address |
|---|
| jjennings@libertyjusticecenter.org |

| Applicant's Phone Number(s) |
|---|
| 312-637-2280 |

Certificate of Consultation

I hereby certify that on August 2, 2021, I consulted with Counsel for Defendant regarding this motion, who indicated that they do not oppose this motion.

| Date | Electronic Signature of Applicant |
|---|---|
| 8/11/2021 | S/ Jeffrey D. Jennings |

**ATTACHMENT**

Jeffrey D. Jennings Court Admissions

| Court | Date Admitted |
|---|---|
| U.S. Supreme Court | 2-20-2018 |
| U.S. Court of Appeals for the Ninth Circuit | 9-27-2019 |
| U.S. Court of Appeals for the Fifth Circuit | 4-6-2020 |
| U.S. Court of Appeals for the 11th Circuit | 4-7-2020 |
| U.S. Court of Appeals for the Second Circuit | 5-30-2019 |
| U.S. District Court for the Eastern District of Virginia | 7-14-2017 |
| Supreme Court of Virginia | 12-3-2014 |

AO 136 (Rev. 9/98) Certificate of Good Standing

UNITED STATES DISTRICT COURT

Eastern     **DISTRICT OF**     Virginia

**CERTIFICATE OF GOOD STANDING**

I, Fernando Galindo, *Clerk of this Court,*

certify that Jeffrey Daniel Jennings, *Bar #* 87667,

*was duly admitted to practice in this Court on*

July 14, 2017, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at Alexandria, VA    on    7/28/2021.
LOCATION            DATE

Fernando Galindo
CLERK OF COURT        DEPUTY CLERK

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia, do hereby certify that

Jeffrey Daniel Jennings

was admitted to practice as an attorney and counsellor at the bar of this Court on December 3, 2014.

I further certify that so far as the records of this office are concerned, Jeffrey Daniel Jennings is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 24th day of June
A.D. 2021

By: _____
Deputy Clerk