IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

ADAM JOYNER,

    Plaintiff,

v.

                                  Case No. 1:21-cv-01089-STA-jay

THOMAS J. VILSACK, in his official
capacity As Secretary of the United States
Department of Agriculture,

    Defendant.

---

### ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*

---

Before the Court is a Motion for Leave to Appear *pro hac vice* filed by counsel for Plaintiff, Adam Joyner.  (ECF No. 19.)  For good cause shown, the Motion is **GRANTED**.  Jeffrey D. Jennings, Liberty Justice Center, 141 West Jackson Street, Suite 1065, Chicago, Illinois 60604, shall be admitted to the bar of this Court *pro hac vice* for the purpose of serving as counsel for Plaintiff Adam Joyner in the above-captioned matter.

    **IT IS SO ORDERED**.

                                         s/ S. Thomas Anderson
                                         S. THOMAS ANDERSON
                                         CHIEF UNITED STATES DISTRICT JUDGE

                                         Date: September 13, 2021