AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| ADAM JOYNER | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-01089-STA-JAY |
| THOMAS J. VILSACK | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Adam Joyner.

Date: 12/09/2021

/s/ M.E. Buck Dougherty III
*Attorney's signature*

M.E. Buck Dougherty III (TN 022474)
*Printed name and bar number*
141 W. Jackson Blvd.
Suite 1065
Chicago IL 60604

*Address*

bdougherty@libertyjusticecenter.org
*E-mail address*

(312) 637-2280
*Telephone number*

(312) 263-7702
*FAX number*