**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

---

| | | |
|---|---|---|
| **ADAM JOYNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:21-cv-01089-STA-jay** |
| | ) | |
| **THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## JOINT STIPULATION OF DISMISSAL

---

In light of the repeal of Section 1005, the Parties agree that Plaintiff's challenge to Section 1005 is moot and therefore stipulate to dismiss this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: September 14, 2022

Respectfully submitted,

JOSEPH C. MURPHY, JR.
United States Attorney

*s/ Audrey M. Calkins*
Audrey M. Calkins (TN BPR # 030093)
Audrey.calkins@usdoj.gov
167 N. Main Street, Suite 800
Memphis, TN 38103
901-544-4231
Fax: 901-544-4230

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ *Kyla M. Snow*
KYLA M. SNOW (Ohio Bar No. 96662)
MICHAEL F. KNAPP
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 514-3259 / Fax: (202) 616-8460
Kyla.snow@usdoj.gov

*Counsel for Defendants*

/s/ *Reilly Stephens*
Reilly Stephens
Liberty Justice Center
440 N. Wells St., Suite 200
Chicago, IL 60654
312-637-2280
rstephens@libertyjusticecenter.org

*Counsel for Plaintiff*