UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

**ADAM JOYNER,**

**Plaintiff,**

**vs.**

**THOMAS J. VILSACK,**

**Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 21-1089-STA-jay**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the STIPULATION of Dismissal entered on September 14, 2022, this cause is hereby DISMISSED without prejudice.**

**APPROVED:**

**s/ S. Thomas Anderson**
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 9/15/2022**

**THOMAS M. GOULD**
**Clerk of Court**

**s/Maurice B. BRYSON**

**(By) Deputy Clerk**